IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID LEE ASHLEY                                                                                                             PLAINTIFF

v.                 Civil No. 5:17-cv-05183

DR. RICHARD KARAS; and                                                                  DEFENDANTS
NURSE MICHELLE HOWARD

**OPINION AND ORDER**

Plaintiff filed this case pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis* (IFP). When he filed the case, Plaintiff was incarcerated in the Washington County Detention Center (WCDC).

Plaintiff was specifically advised (ECF No. 3) that he was required to immediately inform the Court of any changes in his address. If he was transferred or released, Plaintiff was informed that he had thirty days from the date of transfer or release to notify the Court of his new address.

Defendants filed a Motion to Compel (ECF No. 22). Plaintiff did not respond to the Motion. By Order (ECF No. 24) entered on February 15, 2018, the Motion was granted. Plaintiff was directed to provide the Defendants with the necessary discovery responses by 5:00 p.m. on March 6, 2018.

On February 26, 2018, the copy of the Order (ECF No. 24) sent to the Plaintiff at the WCDC was returned as undeliverable with a notation that Plaintiff was no longer at that facility (ECF No. 25). No new address was available.

On March 9, 2018, Defendants filed a Motion to Dismiss (ECF No. 28). In the Motion, Defendants state they have not received the discovery responses or any communication from the Plaintiff.

On March 15, 2018, mail sent to the Plaintiff at the WCDC was again returned to the Court as undeliverable (ECF No. 28). To date, the Plaintiff has not provided the Court with a new address. Plaintiff has not communicated with the Court in anyway.

This case is **DISMISSED WITHOUT PREJUDICE** based on the Plaintiff's failure to prosecute this case and his failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED on this 2nd day of April 2018.

*/s/ P.K. Holmes, III*
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE